WOODROW W. MINNER v. BOARD OF TRUSTEES, POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

November 13, 1984.

Certification to the Public Employees' Retirement System is granted.

STATE OF NEW JERSEY IN THE INTEREST OF
G.L.C., A JUVENILE.

November 14, 1984.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 95 *N.J.* 186)